1, 2, 3, 4, and 7 as set out in the petition for writ of certiorari and to the question raised by the respondent, namely, the appealability of an order granting specific performance of an arbitration covenant. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Douglas M. Orr* and *William B. Mahoney* for petitioner. *Arthur J. Goldberg, David E. Feller* and *Sidney W. Wernick* for respondents. 

No. 55. DEBURGH, EXECUTRIX, *v.* KINDEL FURNITURE Co. ET AL. C. A. 6th Cir. Certiorari denied. *Roberts B. Larson* for petitioner. *Peter P. Price* and *Oscar Giese* for respondents. 

No. 67. CALIFORNIA OREGON POWER Co. *v.* SUPERIOR COURT OF CALIFORNIA FOR SISKIYOU COUNTY ET AL. Supreme Court of California. Certiorari denied. *Gregory A. Harrison, Moses Lasky* and *Malcolm T. Dungan* for petitioner. *Edmund G. Brown,* Attorney General of California, and *Ralph W. Scott,* Deputy Attorney General, for respondents. 

No. 73. MORRISON *v.* PENNSYLVANIA. Superior Court of Pennsylvania and Supreme Court of Pennsylvania, Western District. Certiorari denied. 

No. 74. MORRISON *v.* PENNSYLVANIA. Superior Court of Pennsylvania and Supreme Court of Pennsylvania, Western District. Certiorari denied. 
